EMAS, J.
Maria Elena Abujasen appeals an order denying her motion to intervene, which was filed after the trial court’s entry of a final judgment of foreclosure, and after a sale of the foreclosed property. Given (1) our standard of review in this case[1];(2) the general rule that intervention is not permitted post-final judgment[2]; and (3) the absence of a transcript of the hearing below[3], we affirm the trial court’s order.
In doing so, however, we note Appellees candidly conceded, both in their brief and at oral argument, that because Appellant was a nonparty to the action, the final judgment in this case does not affect any ownership interest Appellant may have in the foreclosed property.
Affirmed.

.See Barnhill v. Fla. Microsoft Anti-Trust Litigation, 905 So.2d 195 (Fla. 3d DCA 2005) (order on motion to intervene is reviewed under abuse of discretion standard).

. See Dickinson v. Segal, 219 So.2d 435 (Fla.1969).

. See Applegate v. Barnett Bank of Tallahassee, 377 So.2d 1150 (Fla.1979).